AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KENNETH WILLIAM CHANDLER,

        Plaintiff,

v.

BRIAN CHAMBERS, Warden,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 322-179

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's April 18, 2023 Order adopting the Magistrate Judge's Report and Recommendation as its opinion, Plaintiff's case is dismissed without prejudice. This case stands closed.

| | |
|---|---|
| 4/18/2023 | John E. Triplett, Clerk of Court |
| *Date* | *Clerk* |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020